IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LINDA G. BRYANT, et al.,** | : | |
| Plaintiffs, | : | Civil Action No. |
| | : | |
| v. | : | |
| | : | |
| **WILLIAM VERNOSKI, et al.,** | : | No. 11-263 |
| Defendants. | : | |

# O R D E R

**AND NOW**, this 4th day of April, 2012, upon consideration of the Plaintiffs' Motion to Amend/Correct (Doc. No. 46) and Defendant's Response thereto (Doc. No. 49), it is HEREBY ORDERED that Plaintiffs' Motion is **DENIED**.

BY THE COURT:

/s/LAWRENCE F. STENGEL
LAWRENCE F. STENGEL, J.